NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELOS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, NETCENTRICS CORPORATION,**
*Defendants-Appellees*

---

2016-1655

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01541-VJW, Judge Victor J. Wolski.

---

**JUDGMENT**

---

NATHANAEL HARTLAND, Miles & Stockbridge, P.C., Baltimore, MD, argued for plaintiff-appellant. Also represented by JOSEPH GILBERT BILLINGS, KATHERINE BAUER BURROWS.

CORINNE ANNE NIOSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE.

JEREMY WILLIAM DUTRA, Squire Patton Boggs (US) LLP, Washington, DC, argued for defendant-appellee Netcentrics Corporaton. Also represented by KAREN HARBAUGH, VIENNA, VA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, LINN, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2016                    /s/ Peter R. Marksteiner
Date                                          Peter R. Marksteiner
                                                  Clerk of Court